**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 23-1278**

───────────────

SHANNON R. HAMILTON,

          Plaintiff - Appellant,

    v.

UNITED STATES OF AMERICA,

          Defendant - Appellee.

───────────────

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever III, District Judge.  (5:22-ct-03101-D)

───────────────

Submitted:  August 24, 2023                    Decided:  August 25, 2023

───────────────

Before QUATTLEBAUM and HEYTENS, Circuit Judges, and MOTZ, Senior Circuit Judge.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

Shannon R. Hamilton, Appellant Pro Se.

───────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Shannon R. Hamilton appeals the district court's order dismissing without prejudice Hamilton's complaint for failure to exhaust his administrative remedies under the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b)(1), 2671-2680.  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order.  *Hamilton v. United States*, No. 5:22-ct-03101-D (E.D.N.C. Feb. 28, 2023).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*